UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20150-PCH

IMMEL CASTELLON,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC, LOANCARE
NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING
EXPERIAN INFORMATION SOLUTIONS INC

      Defendants.

_____/

## <u>NOTICE OF SETTLEMENTAS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC</u>

Plaintiff Immel Castellon and Defendant Experian Information Solutions Inc submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 21, 2024

Respectfully Submitted,

 /s/ Jennifer G. Simil              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:    jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:    855-529-9540

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 21, 2024, the forgoing was electronically via

the Court's CM/ECF system on all counsel of record.

       /s/ Jennifer G. Simil                     .
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com