UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:24-cv-20150-PCH

IMMEL CASTELLON,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING
EXPERIAN INFORMATION SOLUTIONS INC
TRANS UNION LLC, AND LOAN CARE LLC

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Plaintiff Immel Castellon and Defendant Equifax Information Services Inc submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 1, 2024

Respectfully Submitted,

/s/ Jennifer G. Simil  .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 1, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

  /s/Jennifer G. Simil                .
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com