UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:24-cv-20150-PCH

IMMEL CASTELLON,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC, et. al.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant Loancare [ECF No. 27], which was filed on March 1, 2024.  The parties advise the Court that they stipulate and agree to dismissal of the above-captioned action with prejudice.  Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs, as to Defendant Loancare, LLC, only. **Defendant Loancare, LLC**, is hereby dismissed from this case.

**DONE AND ORDERED** in Miami, Florida on March 5, 2024.

Paul C. Huck
United States District Judge

CC: All Counsel of Record