**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:24-cv-20150-PCH

**IMMEL CASTELLON,**

    Plaintiff,

v.

**EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN INFORMATION
SOLUTIONS INC., TRANS UNION LLC,
NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING, AND
LOANCARE, LLC,**

    Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE SERVICING**

    Plaintiff Immel Castellon submits this Notice of Settlement and states that Plaintiff and Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: April 8, 2024

                                              Respectfully Submitted,

                                              /s/ Gerald D. Lane, Jr.
                                              **JIBRAEL S. HINDI, ESQ.**
                                              Florida Bar No.: 118259
                                              E-mail: jibrael@jibraellaw.com
                                             **JENNIFER G. SIMIL, ESQ.**
                                              Florida Bar No.: 1018195
                                             E-mail: jen@jibraellaw.com
                                             **GERALD D. LANE, JR., ESQ.**
                                             Florida Bar No.: 1044677
                                             E-mail: gerald@jibraellaw.com

The Law Offices of Jibrael S. Hindi<br>
110 SE 6th Street, Suite 1744<br>
Fort Lauderdale, Florida 33301<br>
Phone: 954-907-1136<br><br>
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677