**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-20150-PCH**

**IMMEL CASTELLON,**

      **Plaintiff,**

**v.**

**EQUIFAX INFORMATION**
**SERVICES LLC, EXPERIAN INFORMATION**
**SOLUTIONS INC., TRANS UNION LLC,**
**NEWREZ LLC D/B/A SHELLPOINT**
**MORTGAGE SERVICING, AND**
**LOANCARE, LLC,**

      **Defendants.**

_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION**

Plaintiff Immel Castellon submits this Joint Notice of Settlement as to Defendant Trans Union only and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: June 14, 2024

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

/s/ Charlotte Long
Charlotte Long, Esq.
Florida Bar No.: 112517
Trans Union LLC
555 W. Adams Street
Chicago, IL 60661
469-578-1464
Email: Charlotte.Long@transunion.com

*Counsel For Defendant Trans Union LLC*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on June 14, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com