UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-20150-PCH

**IMMEL CASTELLON,**

    **Plaintiff,**

v.

**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, and LOANCARE LLC,**

    **Defendants.**

_____

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

Plaintiff Immel Castellon ("Plaintiff") and Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Defendant"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

Dated: June 20, 2024

| | |
|---|---|
| /s/ Zane C. Hedaya<br>**JIBRAEL S. HINDI, ESQ.**<br>Florida Bar No.: 118259<br>E-mail: jibrael@jibraellaw.com<br>**ZANE C. HEDAYA, ESQ.**<br>Florida Bar No.: 1048640<br>E-mail: zane@jibraellaw.com<br>The Law Offices of Jibrael S. Hindi<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, Florida 33301<br>Phone: 954-907-1136<br><br>*COUNSEL FOR PLAINTIFF* | /s/ Ryan L. DiClemente<br>**HUSCH BLACKWELL LLP**<br>1801 Pennsylvania Avenue, NW<br>Suite 1000<br>Washington, D.C. 20006-3606E-<br>Phone: 202-378-5794<br>email: ryan.diclemente@huschblackwell.com<br><br><br><br><br><br>*COUNSEL FOR DEFENDANT NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING* |

*/s/ Charlotte Long*_____
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
***Counsel for Defendant Trans Union, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 20, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640