UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20150-PCH

**IMMEL CASTELLON**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC, et al.,**

    Defendants.

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant Trans Union LLC [ECF No. 39], which was filed on July 29, 2024.  The parties advise the Court that they stipulate and agree to dismissal of the above-captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  With this filing, the Court notes that Plaintiff has settled her claims with all Defendants.  Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs.  The clerk is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Miami, Florida on July 30, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record